JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOROTHY BERRY, | Case No. 2:19-cv-09954-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

Dated: September 22, 2020

_____
JOHN D. EARLY
United States Magistrate Judge